**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

| | |
|---|---|
| **CHELSEA A. PIKE** | **CASE NO. 18-21627** |
| **DEBTORS** | **CHAPTER 7** |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Comes now L. Craig Kendrick, Trustee in Bankruptcy, and moves the Court for an Order directing the Debtor(s), **CHELSEA A. PIKE**, to provide the Trustee with a copy of the title to the 2015 Ford Escape within seven (7) days from the date of the Order. The Trustee has previously made multiple attempts to contact Debtors' counsel, however to date the Debtor(s) has not provided the documentation.

Without the documentation requested, the Trustee cannot properly administer this case. Therefore, the Trustee requests that the debtor(s) be compelled to provide the Trustee with the requested documentation.

Respectfully submitted,

/s/ L. Craig Kendrick
L. Craig Kendrick
Trustee in Bankruptcy
7000 Houston Rd., Bldg. 300, Ste. 25
Florence, KY 41042
(859) 371-4321

## NOTICE

All parties will take notice that the above referenced matter is hereby scheduled for a hearing on the 7th day of May, 2019 at the hour of 11:00 a.m. in the U.S. Bankruptcy Courtroom, U.S. Courthouse, 35 W. 5th Street, Room 306, 3rd Floor, Covington, Kentucky.

## **CERTIFICATION**

The undersigned hereby certifies that on this 10th day of April, 2019, a copy of the foregoing was served either by regular U.S. Mail postage prepaid or though electronic mail upon the following:

United States Trustee
ustpregion08.lx.ecf@usdoj.gov

Chelsea A. Pike
9542 Apple Valley Drive, Apt. 8
Independence, KY 41051

Dolores Dennery, Esq.
dolores@dennerypllc.com

                                                /s/ L. Craig Kendrick
                                                L. Craig Kendrick